# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ADAM DEAN,**

                    **Plaintiff,**

**-vs-**                                                        **Case No.  6:05-cv-737-Orl-18KRS**

**ACE AIR CONDITIONING,**
**INCORPORATED,**
**EDDIE PALMATEER,**
**PAULA PALMATEER,**
                    **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE AND MOTION FOR TELEPHONIC HEARING (Doc. No. 26)** |
| **FILED:** | **December 5, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

Generally, parties seeking approval of settlement agreements must file them in the public record.  *See, e.g., Stalnaker v. Novar Corp.*, 293 F. Supp. 2d 1260, 1263 (M.D. Ala. 2003), *see also*

The Sedona Guidelines: Best Practices Addressing Protective Order, Confidentiality & Public Access

in Civil Cases, 6 Sedona Conf. J. 183 (Fall 2004)(Westlaw 6 SEDCJ 183).

      **DONE** and **ORDERED** in Orlando, Florida on December 6, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties